HICKEY & PETCHUL, LLP
Dirk E. Petchul, Esq. (SBN: 156771) dpetchul@hplaw.net
Adam K. Obeid, Esq. (SBN: 247188) aobeid@hplaw.net
114 Pacifica, Suite 340
Irvine, California  92618
Telephone:  (949) 727-1777
Fax:  (949) 727-1797

Attorneys for Defendants Green Valley RV, Inc.,
and, Paul Schilperoort

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WILLIAMS, d/b/a RVMAX,<br><br>        Plaintiff,<br><br>  vs.<br><br>GREEN VALLEY RV, INC. d/b/a RV MAX;<br>PAUL SCHILPEROORT; and DOES 1-10,<br><br>        Defendants. | **Case No.: 2:15-CV-00781-JAM-(KJN)**<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Complaint Filed:    April 10, 2015<br>Complaint Served:  April 15, 2015<br>New Response Date:  June 3, 2015 |

///

///

///

///

1

# ORDER

The Court, having received and reviewed the Parties' stipulation to extend the time by which Defendants Green Valley RV, Inc., and, Paul Schilperoort, have to respond to the Complaint, and good cause appearing therefore, grants the Parties' Stipulation. Defendants Green Valley RV, Inc., and, Paul Schilperoort, shall file a responsive pleading on or before June 3, 2015. The filing of the Stipulation in no way waives Defendants' right to challenge the sufficiency of the pleadings and/or venue of the action.

**IT IS SO ORDERED.**

DATED: 5/19/2015                             /s/ John A. Mendez_____
                                             United Stated District Judge