Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff,
*Plaintiff Michael R. Williams, d/b/a RVMAX*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WILLIAMS, d/b/a RVMAX<br><br>Plaintiff,<br><br>v.<br><br>GREEN VALLEY RV, INC. d/b/a RV MAX; PAUL SCHILPEROORT; and DOES 1-10,<br><br>Defendants. | Case No.: 2:15-CV-00781-JAM (KJN)<br><br>**ORDER TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION (SANTA ANA)**<br><br>Complaint Filed: April 10, 2015<br>Trial Date: Not Set |

The Court, having received and reviewed the Stipulation to Transfer Venue to the Central District of California – Southern Division, and good cause appearing therefore, hereby orders as follows:

This matter is transferred to the United States District Court, Central District of California – Southern Division (Santa Ana).

**IT IS SO ORDERED.**


DATED: 6/19/2015

       /s/ John A. Mendez
       UNITED STATES DISTRICT JUDGE

